UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL PFEIFER, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| BRRRT PROPERTIES, LLC, BRADLEY | ) | |
| M. SIZEMORE, and ROSEMARY | ) | |
| SIZEMORE, | ) | |
| | ) | |
| Appellees. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the bankruptcy court's judgment.

**This Judgment Filed and Entered on July 13, 2022, and Copies To:**

Richard Preston Cook                    (via CM/ECF electronic notification)

George Mason Oliver                     (via CM/ECF electronic notification)

DATE                                    **PETER A. MOORE, JR., CLERK**

July 13, 2022                 By:     /s/ Nicole Sellers

                                      Deputy Clerk